32 So.2d 782

**A. H. TIDMORE v. Fred A. MILLS.**

2 Div. 246.

Supreme Court of Alabama.

Nov. 28, 1947.

Walter P. Gewin, of Greensboro, and Ward & Ward, of Tuscaloosa, for petitioner.

W. R. Withers, of Greensboro, and McQueen & McQueen, of Tuscaloosa, opposed.

LIVINGSTON, Justice.

Petition of A. H. Tidmore for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Tidmore v. Mills, 32 So. 2d 769.

Writ denied.

GARDNER, C. J., and BROWN and SIMPSON, JJ. concur.